UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CURTIS MITCHELL,   )
    Petitioner   )
)
v.   )   No.
)
SUPERINTENDENT   )
    LYNN BISSONETTE   )
)
and   )
)
ATTORNEY GENERAL   )
    THOMAS F. REILLY,   )
        Respondents   )

## MOTION FOR LEAVE TO FILE MOTION TO PROCEED IN FORMA PAUPERIS LATE

Now comes the petitioner and moves this Honorable Court to allow him to file a motion to proceed in forma pauperis late. In support of this motion the prisoner states that, due to lack of cooperation by prison officials, the petitioner has been unable to get the necessary signature of a prison official on his affidavit in support of the motion. The undersigned appointed counsel has provided the five dollar filing fee. However, it will be necessary for the petitioner to establish his financial status because he will not be able to cover any future expenses.

Wherefore, the petitioner asks that this motion be ALLOWED.

Respectfully submitted
for the Petitioner,

_____
Leslie W. O'Brien
P.O. Box 426
Winchester, MA 01890
(781) 756-0111


## CERTIFICATE OF SERVICE

I, Leslie W. O'Brien, counsel for the Defendant/Appellant, hereby certify under the penalties of perjury that I have served Massachusetts Attorney General Thomas F. Reilly with a copy of the foregoing motion for leave to file late this 12th day of March, 2004, by first class mail.

_____
Leslie W. O'Brien
Post Office Box 426
Winchester, MA 01890
781-756-0111
BBO#542413