PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
UNDER 28 U.S.C. § 2254

Name __Curtis Mitchell_____

Prison number _Wu5770_____

Place of confinement ___Old Colony Correctional Center, 1 Administration Road,_
_____Bridgewater, Ma 02324_____

United States District Court

District of __Massachusetts_____

Case No.

_____
          (To be supplied by Clerk of U.S. District Court)


____Curtis Mitchell_____, PETITIONER (Full name) v.

____Timothy Hall_____, RESPONDENT (Name of Warden, Superintendent,
Jailor, or authorized person having custody of petitioner) and

THE ATTORNEY GENERAL OF THE STATE OF

____Massachusetts,   Thomas F. Reilly_____

1. Name and location of court which entered the judgment of conviction under attack _____ New Bedford Superior Court _____
_____ 441 County Street, New Bedford, MA 02740 _____
2. Date of judgment of conviction _____ December 18, 1998 _____
3. Length of sentence _____ Life _____
4. Nature of offense involved (all counts) _____
_____ (1) Murder 1;  (2) Murder 1 _____

5. What was your plea? (Check one)
   (a)  Not guilty [X]
   (b)  Guilty [ ]
   (c)  Nolo contendere [ ]
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____
   _____
   _____

6. Kind of trial: (Check one)
   (a)  Jury [X]
   (b)  Judge only [ ]
7. Did you testify at the trial?
   Yes [X] No [ ]
8. Did you appeal from the judgment of conviction?
   Yes [X] No [ ]
9. If you did appeal, answer the following:
   (a)  Name of court _____ Massachusetts Supreme Judicial Court _____
   (b)  Result _____ affirmed _____
   (c)  Date of result _____ January 24, 2003 _____
10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes [X] No [ ]
11. If your answer to 10 was "yes," give the following information:
    (a)  (1)  Name of court _____ New Bedford Superior Court _____
         (2)  Nature of proceeding _____ Motion for New Trial _____

         (3)  Grounds raised _____ Denial of right to counsel (2 claims) _____
         _____
         _____
         _____
         _____

         (4)  Did you receive an evidentiary hearing on your petition, application or motion?
              Yes [ ] No [X]
         (5)  Result _____ Denied _____
         (6)  Date of result _____ December 18, 2000 _____
    (b)  As to any second petition, application or motion give the same information:
         (1)  Name of court _____ United States Supreme Court _____

         (2)  Nature of proceeding _____ Petition for Writ of Certiorari _____

         (3)  Grounds raised _____
              _____ Denial of right to counsel _____
              _____
              _____
              _____

         (4)  Did you receive an evidentiary hearing on your petition, application or motion?
              Yes [ ] No [X]
         (5)  Result _____ Denied _____
         (6)  Date of result _____ June 2, 2003 _____
    (c)  As to any third petition, application or motion, give the same information:

3

(1)  Name of court _____
(2)  Nature of proceeding _____
_____
(3)  Grounds raised _____
_____
_____
_____
_____
(4)  Did you receive an evidentiary hearing on your petition,
application or motion?
Yes [ ] No [ ]
(5)  Result _____
(6)  Date of result _____
(d) Did you appeal to the highest state court having jurisdiction the
result of action taken on any petition, application or motion?
(1)  First petition, etc.          Yes [X]          No [ ]
(2)  Second petition, etc.         Yes [X]          No [ ]
(3)  Third petition, etc.          Yes [ ]          No [ ]
(e) If you did not appeal from the adverse action on any petition,
application or motion, explain briefly why you did not: _____
_____
_____

12.  State concisely every ground on which you claim that you are being held
unlawfully. Summarize briefly the facts supporting each ground. If
necessary, you may attach pages stating additional grounds and facts
supporting same.

Caution: In order to proceed in the federal court, you must ordinarily first
exhaust your state court remedies as to each ground on which you request
action by the federal court. If you fail to set forth all grounds in this
petition, you may be barred from presenting additional grounds at a later
date.

For your information, the following is a list of the most frequently raised
grounds for relief in habeas corpus proceedings. Each statement preceded by a
letter constitutes a separate ground for possible relief. You may raise any
grounds which you may have other than those listed if you have exhausted your
state court remedies with respect to them. However, you should raise in this
petition all available grounds (relating to this conviction) on which you
base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these
grounds for relief, you must allege facts. The petition will be returned to
you if you merely check (a) through (j) or any one of these grounds.

(a)  Conviction obtained by plea of guilty which was unlawfully induced or
not made voluntarily with understanding of the nature of the charge
and the consequences of the plea.
(b)  Conviction obtained by use of coerced confession.
(c)  Conviction obtained by use of evidence gained pursuant to an
unconstitutional search and seizure.
(d)  Conviction obtained by use of evidence obtained pursuant an unlawful
arrest.
(e)  Conviction obtained by a violation of the privilege against
self-incrimination.
(f)  Conviction obtained by the unconstitutional failure of the
prosecution to disclose to the defendant evidence favorable to the
defendant.
(g)  Conviction obtained by a violation of the protection against double
jeopardy.
(h)  Conviction obtained by action of a grand or petit jury which was
unconstitutionally selected and impaneled.
(i)  Denial of effective assistance of counsel.
(j)  Denial of right of appeal.

4

A.   Ground one: <u>Denial of effective assistance of counsel.</u>

　　　Supporting FACTS (tell your story briefly without citing cases or law): <u>Based on trial counsel's mere suspicion that the petitioner intended to commit perjury, petitioner's trial counsel refrained from assisting the petitioner during the petitioner's direct examination and further refrained from arguing the petitioner's testimony in closing argument.</u>

B.   Ground two: _____

　　　Supporting FACTS (tell your story briefly without citing cases or law): _____

C.   Ground three: _____

　　　Supporting FACTS (tell your story briefly without citing cases or law): _____

D.   Ground four: _____

　　　Supporting FACTS (tell your story briefly without citing cases or law): _____

13.  If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

14.  Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes [ ] No [X]

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing _____
(b) At arraignment and plea    J. Drew Segadelli
　　　536 Main Street, Falmouth, Ma 02540
(c) At trial    Francis M. O'Boy
　　　41 Harrison Street, Taunton, MA 02780
(d) At sentencing _____
(e) On appeal    Ruth Greenberg
　　　505 Paradise Road, # 166, Swampscott, MA 01907
(f) In any post-conviction proceeding _____

_____ same as (e) _____

(g)  On appeal from any adverse ruling in a post-conviction proceeding
_____ same as (e) _____

16.  Were you sentenced on more than one count of an indictment, or on more
     than one indictment, in the same court and at the same time?
     Yes [X] No [ ]

17.  Do you have any future sentence to serve after you complete the sentence
     imposed by the judgment under attack?
     Yes [X] No [ ]
     (a)  If so, give name and location of court which imposed sentence to be
          served in the future: NEW BEDFORD SUPERIOR COURT
          _____ 441 COUNTY STREET, NEW BEDFORD, MA 02740 _____
     (b)  And give date and length of sentence to be served in the future: ___
          _____ (1) ONE YEAR TO (1) ONE YEAR AND (1) ONE DAY _____
     (c)  Have you filed, or do you contemplate filing, any petition attacking
          the judgment which imposed the sentence to be served in the future?
          Yes [ ] No [X]

Wherefore, petitioner prays that the Court grant petitioner relief to which he
may be entitled in this proceeding.

_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is
true and correct. Executed on ___3/1/04___ . (date)

_____
Petitioner