```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

CURTIS MITCHELL,              )
          Petitioner,         )
                              )
     v.                       )     C.A. No. 04-10539-RGS
                              )
SUPERINTENDENT LYNN           )
BISSONETTE, et al.,           )
          Respondents.        )
```

### ORDER

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition for a Writ of Habeas Corpus and supporting Memorandum by mailing copies of the same, certified mail, to the Respondent AND the Attorney General for the Commonwealth of Massachusetts, Attention:  Cathryn A. Neaves, Assistant Attorney General, One Ashburton Place, Boston, MA 02108.

It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests the Respondent, as part of the return, to file such documents which reflect on the issue as to whether Petitioner exhausted available state remedies with respect to the matters raised by the Petition.

Dated at Boston, Massachusetts, this 19th day of March, 2004.

                                                 /s/ Richard G. Stearns  
                                                UNITED STATES DISTRICT JUDGE

(2254serv.ord - 12/95)                                                                                          [2254serv.]