```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

CURTIS MITCHELL,              )
          Petitioner,         )
                              )
     v.                       )     C.A. No. 04-10539-RGS
                              )
SUPERINTENDENT TIMOTHY        )
HALL, et al.,                 )
          Respondents.        )
```

MEMORANDUM AND ORDER TO CORRECT ERROR

After reviewing petitioner's pleadings in this case, the Court hereby finds and rules as follows:

(1) Although the cover letter and Memorandum accompanying the habeas petition list Lynn Bissonette as respondent, the habeas petition itself lists Tim Hall as respondent.

(2) In consideration of the fact that petitioner is incarcerated at Old Colony Correctional Center, the Court modifies the Service Order (Docket No. 5) by ORDERING the Clerk to correct the case caption to (a) remove Lynn Bissonette as respondent; and (b) add Timothy Hall, Superintendent as respondent.

IT IS SO ORDERED.

Dated at Boston, Massachusetts, this <u>22nd</u> day of <u>March</u>, 2004.

/s/ Richard G. Stearns

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE