UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 APR 28  A 11: 33

DISTRICT COURT

CURTIS MITCHELL,                    )
          Petitioner                )
                                    )
     v.                             )        No. 04-10539-RGS
                                    )
SUPERINTENDENT                      )
     TIMOTHY HALL                   )
                                    )
and                                 )
                                    )
ATTORNEY GENERAL                    )
     THOMAS F. REILLY,              )
          Respondents               )


## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

For the reasons stated in the accompanying petitioner's declaration, the petitioner states that the $255 fee required to file his appeal is unduly burdensome in his circumstances. Therefore, the petitioner respectfully asks that he be permitted to proceed in forma pauperis.

Respectfully submitted
for the Petitioner,


Leslie W. O'Brien
P.O. Box 426
Winchester, MA 01890
(781) 756-0111

## CERTIFICATE OF SERVICE

I, Leslie W. O'Brien, hereby certify that I have served Assistant Attorney General Susanne G. Reardon with a copy of the Petitioner's Motion for Leave to Proceed in Forma Pauperis with accompanying declaration of petitioner this 27th day of April, 2004, by first class mail.

Leslie W. O'Brien
P.O. Box 426
Winchester, MA 01890
(781) 756-0111