UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
CURTIS MITCHELL               )
        Petitioner,           )
                              )
v.                            )     Civil Action No. 04-10539-RGS
                              )
TIMOTHY HALL                  )
        Respondent.           )
_____ )
```

**RESPONDENT'S ASSENTED TO MOTION TO ENLARGE THE TIME
FOR FILING A RESPONSE TO THE PETITION FOR HABEAS CORPUS**

The respondent, Timothy Hall, through counsel, and with the assent of the petitioner, respectfully moves this Court to enlarge the time in which to file a memorandum in opposition to the above-captioned petition for writ of habeas corpus to October 15, 2004.

As grounds therefor, the respondent's attorney states:

1. Counsel filed a memorandum in opposition to a habeas petition in this court on September 24, 2004, and a brief in the Massachusetts Appeals Court on September 30, 2004.

2. Counsel has also taken on some administrative responsibilities which have required additional time in her schedule.

3. The additional time is necessary to adequately respond to the petitioner's claims.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing a responsive pleading in the above-captioned petition to October 15, 2004.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        /s Susanne G. Reardon
        Susanne G. Reardon
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200 ext. 2832
        BBO No. 561669

Dated: October 5, 2004

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the petitioner's counsel, at the address below on October 5, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to her as follows:

Leslie W. O'Brien
P.O. Box 426
Winchester, MA 01890

        /s Susanne G. Reardon
        Susanne G. Reardon
        Assistant Attorney General