UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CURTIS MITCHELL

    V.                              CIVIL ACTION NO. 04-10539-RGS

TIMOTHY HALL

# ORDER OF DISMISSAL

STEARNS, DJ.                                         DECEMBER 7, 2004

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ENTERED ON NOVEMBER 30, 2004:

IT IS HEREBY ORDERED:   THE ABOVE-CAPTIONED ACTION IS HEREBY <u>DISMISSED.</u>

SO ORDERED.

                                                              RICHARD G. STEARNS
                                                              UNITED STATES DISTRICT JUDGE

            BY:

                                                             **/s/ Mary H. Johnson**
                                                                   **Deputy Clerk**