UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CURTIS MITCHELL,<br>    Petitioner<br><br>v.<br><br>SUPERINTENDENT<br>    TIMOTHY HALL<br>    and<br>ATTORNEY GENERAL<br>    THOMAS F. REILLY,<br>    Respondents | No.   04-10539-RGS |

### PETITIONER'S NOTICE OF APPEAL

Notice is hereby given that the petitioner, Curtis Mitchell, hereby appeals to the United States Court of Appeals for the First Circuit from an order of the United States District Court for the District of Massachusetts entered on December 7, 2004, dismissing his petition for a writ of habeas corpus.

Respectfully submitted
for the Petitioner,

_____
Leslie W. O'Brien
P.O. Box 426
Winchester, MA 01890
(781) 756-0111

## CERTIFICATE OF SERVICE

I, Leslie W. O'Brien, counsel for the petitioner, hereby certify under the penalties of perjury that I have served Assistant Attorney General Susanne G. Reardon with a copy of the foregoing notice of appeal this 13th day of December, 2004, by first class mail.

*[signature]*
Leslie W. O'Brien
Post Office Box 426
Winchester, MA 01890
781-756-0111
BBO#542413