# United States Court of Appeals
## For the First Circuit

No. 04-2711

CURTIS MITCHELL,

Petitioner, Appellant,

v.

TIMOTHY HALL AND
THOMAS F. REILLY, ATTORNEY GENERAL,

Respondents, Appellees.

Before

Torruella, Selya, and Lipez, <u>Circuit Judges</u>.

JUDGMENT

Entered: December 29, 2005

Essentially for the reasons given by the magistrate judge in his report and recommendation, dated October 27, 2004, the request for a certificate of appealability is <u>denied</u> and the appeal is <u>terminated</u>.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Leslie W. O'Brien, Esq. and Susanne G. Reardon, Esq.]