

04-10539
USDC/MA
Judge Stearns

# United States Court of Appeals
## For the First Circuit

---

No. 04-2711

CURTIS MITCHELL,

Petitioner, Appellant,

v.

TIMOTHY HALL AND
THOMAS F. REILLY, ATTORNEY GENERAL,

Respondents, Appellees.

---

Before

Torruella, Selya, and Lipez, <u>Circuit Judges</u>.

---

JUDGMENT

Entered: December 29, 2005

Essentially for the reasons given by the magistrate judge in his report and recommendation, dated October 27, 2004, the request for a certificate of appealability is <u>denied</u> and the appeal is <u>terminated</u>.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
   Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_/s/ Susan Pedrosa_
Deputy Clerk

Date: 1-19-06

[cc: Leslie W. O'Brien, Esq. and Susanne G. Reardon, Esq.]